(FOURTH DEPARTMENT, JULY, 1974)

(July 5, 1974)

CHARLES KWIATKOWSKI et al., Respondents, v. TOWN OF OLEAN, Appellant.— Judgment unanimously affirmed, with costs, on the opinion of Supreme Court, Cattaraugus County, Doerr, J. (Appeal from judgment of Cattaraugus Trial Term in action for injunction.) Present — Marsh, P. J., Witmer, Mahoney, Goldman and Del Vecchio, JJ.